UNITED NATIONS
INDIGENOUS PEOPLE
ORGANIZATIONAL NUMBER
215/1993

# Supreme Tribal Court of the Xi Anu Nation

Supreme Tribal Court Case #: 2017-STCXAN-26-02

Fed. Dist. Case #: 8:17mc28T36AEP

Broward Case #: **CACE09058555.**

**FL STATE REPORTING NUMBER: 062009CA058555AXXXCE**

The **CREEK ANI'YUN'-WIYA TRIBAL NATION**,
Indian Country, America
ex-rel. Lilieth D. Agard Smith-Bey and Oswald Smith-Bey,
Petitioners/Plaintiffs

Vs.

The Bank of New York Mellon Trust Company,
National Association as Grantor Trustee of the
Protium Master Grantor Trust,
Respondent(s)/Defendant(s)

**A TRIBAL COURT OF RECORD.**
**TRIBAL/ EQUITY LAW JURISDICTION**
**18 USC 1151; 18 USC 1152; 18 USC 1160**

Tribal Agency Assigned to Case:

INALJC- "Indigenous Native American Law & Justice Center

Indigenous Peoples Organization and Associate Agency:

(XAN) Consulate of the Xi Anu Nation

Xi Anu Nation of Xi Amurru Ka de Dugdahmoundyah-
Permanent Mission to the United Nations et al

FILED

*FROM THE OFFICE OF THE ROYAL MONARCH MAKU CHIEF,*

*Sikamu (Sakhamu) Naholo.Imastabi (Mstabeh).Herukti El Bey 1440°*
*Ambassadeur and Plenipotentiary*
*His Royal Highness, Most Emperor Maku Chief Tribal Justice*
*Head of State*

*48*************************************************48*

**CLAIM OF THE TRIBAL CONSULAR-(COURT)-DOMINION**

(NOTICE OF THE ESTABLISHMENT OF A TRIBAL CONSULAR-COURT)

*48*************************************************48*

## *Jurisdiction:*

*18 USC 1151; 25 USC 1301; Constitution for the united States of America Article 6 clause 2, Article 1 sec. 8 cl. 2 "6 Supremacy 6 Clause 6"; "Treaty of Camp Holmes 1835(7 Stat 474); United Nations Charter; US Agreement with the United States of America," Articles of Confederation inter alia; Title 25 Federal Indian Law; Public 97-280; Public Law 92-539 (86 Stat. 1070)*



R.F.P

# WITH THIS OATH [AFFIDAVIT] OF THE TRUTH

~12,963-Anno-Magna / ~1436-Moorish-Calander (3/6/2017)

***Divine Warning by the Prophet for the Nations:*** *"The citizens of all free national governments according to their national constitution are all of one family bearing one free national name. Those who fail to recognize the free national name of their constitutional government are classes as undesirables, and are subject to all inferior names and abuses and mistreatments that the citizens car to bestow upon them. And it is a sin for any group of people to violate the national constitutional laws of a free national government and cling to the names and the principles that delude to slavery. I, the Prophet, was prepared by the Great God Allah to warn my people to repent from their sinful ways and go back to that state of mind to their forefathers' Divine and national principles that they will be law abiders and receive their divine right as citizens, according to the free national constitution that was prepared for all free national beings. They are to claim their own free national name and religion. There is but one issue for them to be recognized by this government and of the earth and it comes only through the connection of the Moorish Divine National Movement, which is incorporated in this government and recognized by all other nations of the world. And through it they and their children can receive their Divine rights, unmolested by other citizens that they can cast a free national ballot at the polls under the free national constitution of the States Government and not under a granted privilege as has been the existing condition for many generations."* ***Noble Drew Ali***

*"Washitaw de Dugdahmoundyah Mu'urs (Moors) are ascendants of the Kushite (Cushite) Empire, the Songhai-Malian Empire (Xi /Olmec), and the Ottoman Empire (Moroccan). The Empire Washitaw de Dugdahmoundyah Mu'urs (Moors) is also called the Choctaw (Choc-olate Washi-taw or Shabtau [Sbt], Tribe of Shabazz and etc...) lay claim to the following land by and through bloodline: de bourbon Estate, also known as The Emperial International Estate of the Bourbon Hapsburg Empire which includes Western Europe: The Netherlands, Belgium, Luxembourg, Switzerland, Germany, Italy, Sicily, Naples, Sardina, Spain, and Portugal. As well as, most of North America and Caribbean in addition to Central and South America; and all of North America west of the Emperial Demarcation Line (1713) or British Royal Proclamation Line (1763)."*
***Verdiacee Tiari Washitaw-Tunica-Goston-El-Bey***

*"Everyone has the right to a nationality. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."* ***Universal Declaration of Human Rights, Article 15 (1) & (2)***

*"Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture. States shall provide effective mechanisms for prevention of, and redress for: (a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities; (b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources; (c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights; (d) Any form of forced assimilation or integration; (e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them."*
***Declaration of the Rights of Indigenous People, Article 8***

*"Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State."* ***Declaration of the Rights of Indigenous People, Article 5***

"For the Freedom, Safety, Ownership & Security of our Vessels is with the Mutual-Honor by both Parties"
: TREATY OF OUR PEACE & FRIENDSHIP: ~12735~12985-Anno-Magna [1787-2037 AD] ~1200~1450-Moorish-Calander
NOTICE TO AGENT IS NOTICE TO PRINCIPAL - THIS IS A SELF-EXECUTING DECREE

## : CLAIM: [NOTICE] OF THE DOMINION OF THE SUPREME TRIBAL COURT OF THE XI ANU NATION.

FOR THE TRIBAL CONSULAR-(COURT) OF THE ROYAL-CHIEFDOM OF THE XI ANU NATION IS WITH THE FUNCTIONING [OPERATIONAL].
(*TRANSLATION: The Tribal Consular Court of the Xi Anu Nation, the Supreme Tribal Court of the Xi Anu Nation, is now in session -- effective immediately.*)

FOR THE DOMINION JURISDICTION OF THIS TRIBAL CONSULAR-(COURT) IS FOR THE NATIONALS: "MOORS", "MUURS", "MOORISH-AMERICANS", "NATIVE-AMERICANS", [AND ANY VARIATION THEREOF, ET AL.].
(*TRANSLATION: This tribal consular court is in place to preserve the rights of Autochthon Moorish American nationals.*)

ANY CLAIMS REGARDING THE LACK OF SAID JURSIDICTION OF THE [UNITED STATES AND ANY OF THE SEVERAL STATES (FLORIDA) AND THEIR COURTS THEREOF] BY ANY AUTOCHTHON PRIVATE MOOR AMERICAN NATIONAL IS WITH THE SPECIAL-CONSIDERATION BY THIS TRIBAL CONSULAR COURT FOR THE BENEFIT OF THE DIVINE AND NATURAL MAXIMS OF EQUITY.
*(TRANSLATION: The special consideration of this Tribal Consular Court is to help address claims of the lack of international jurisdiction with respect to Autochthon noncitizen nationals concerning U.S. and state courts.)*

*"Treaty provisions provide that the laws of the local country do not apply to citizens of the treaty powers and that local courts do not have jurisdiction over them. Consular courts were established to handle civil and criminal cases against citizens and subjects of the subjects of the country. The Supremacy Clause of the US constitution, Article VI, section II, stating that all laws made furthering the Constitution and all* ***treaties*** *made under the authority of the United States are the "supreme law of the land." The Treaty of Peace and Friendship of 1787 between Morocco and the United States is a treaty of the United states, and is therefore the Supreme law of the law, per Article VI, section II of the US Constitution.*

*ARTICLE 20: "If any of the citizens of the United States, or any person under this protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him."* ***Treaty of Peace and Friendship of 1787 between Morocco and the United States.***

*ARTICLE 21: "If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the trial, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."* ***Treaty of Peace and Friendship of 1787 between Morocco and the United States.***

*"Diplomats must not be liable to any form of arrest or detention per Article 29 of the 1961 Vienna Convention on Diplomatic Relations. They are immune from civil or criminal prosecution, though the sending country may waive this right under Article 32. Under Article 34, they are exempt from most taxes, and under Article 36 they are exempt from most customs duties."*
***Vienna Convention on Diplomatic Relations of 1961***

**WITH THIS OATH OF THE TRUTH WITH THE BEST OF MY KNOWLEDGE**

**BY THIS AUTHORITY:**

Si-Kanu-El-Bey

*Sikanu N.I.H. El Bey* ***1440°***

:CHIEF JUSTICE: CONSULAR-[COURT]
:PRIMOGENIUS-FREEHOLD-HEIR ["In Propria Persona Sui Juris']
:FULL-LIFE-STATUS AS A FREE-MOOR: AMERICAN-NATIONAL
:COPYRIGHT/COPYCLAIM~12,963-A.-M. [2015 AD – AD INFINITUM]

**: AUTHORIZATION-USE-ONLY WITH ALL RIGHTS [RESERVED]**

"For the Freedom, Safety, Ownership & Security of our Vessels is with the Mutual-Honor by both Parties"
: TREATY OF OUR PEACE & FRIENDSHIP: ~12735~12985-Anno-Magna [1787-2037 AD] ~1200~1450-Moorish-Calander
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL – THIS IS A SELF-EXECUTING DECREE**

Clerk of the Supreme Tribal Court

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Claim of Dominion has been furnished by US mail, fax, and/or email to: Attorney(s) for the Bank of New York Mellon Trust Company, et al., **Robertson, Anschutz, & Schneid**, 6409 Congress Avenue, Boca Raton, FL 33487; the Clerk of Courts for the 17th Judicial Circuit, **Brenda D. Forman**, - Circuit Civil Department, BROWARD COUNTY, Central Courthouse, 201 SE 6th Street, Ft. Lauderdale, FL 33301; The Broward County Sheriff's Office, **Sheriff Scott Israel**, 2601 W. Broward Blvd., Ft. Lauderdale, FL 33312; **John Kerry**, US Secretary of State, the US Department of State, 2201 C. Street, NW., Washington, DC 20520; The Florida Attorney General's Office, **Pamela Bondi**, the Capitol PL-01., Tallahassee, FL 32399-1050; The US Department of Justice, the Office of the US Attorney General, **Jeff Sessions**, 950 Pennsylvania Avenue, NW., Washington, DC 20530-001; the Florida Department of State, **Ken Detzner**, Secretary of the State, R. A. Gary Building, 500 S. Bronough, Tallahassee, FL. 32399-0250; **Steven M. Larimore**, the Clerk of the United States District Court, Southern District of Florida, 299 East Broward Blvd., #108, Fort Lauderdale, FL 33301; and **John A. Tomasino**, the Clerk of the Florida Supreme Court, 500 S. Duval Street, Tallahassee, FL 32399, on this 7 day of March 2017.

Respectfully Submitted

By: Sikanu Naholo Imastabi H. El Bey
**Chief Sikanu Naholo Imastabi Herukti El Bey**
Indigenous Native American Law & Justice Center
Please forward all correspondence to:
%1426 Simpson Road, # 232
Kissimmee, Florida
Email: jsaljc@protonmail.com

Lilieth D.: Agard Smith-Bey©
An "Exempt Foreign Persona" sui juris sui haeredes
Autochthon private Moor AmErican national
All Rights Reserved Retained and Protected without Prejudice
(U.C.C. 1-308/207; U.C.C. 1-103)
C/o Four Two One [421] Evanston Circle
Fort Lauderdale territory,
Broward county, Florida republic
Indian Country, America (18 USC 1151)
Northwest Amexem (Washitaw) territory/ North America/ Al-Moroc
Non-Domestic, Non-Assumpsit, Non-Resident, [Zip Exempt]
Foreign Office of Origin – Special Delivery

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA.

CASE NO.: **CACE09058555**.
**STATE REPORTING NUMBER: 062009CA058555AXXXCE**

**CREEK ANI'YUN'-WIYA TRIBAL NATION**,
Indian Country, America ex-rel.
Lilieth D. Agard Smith-Bey and Oswald Smith-Bey,
Petitioners/Plaintiffs

**COURT OF RECORD.**

Vs.

TRIBAL/ EQUITY LAW JURISDICTION
18 USC 1151

The Bank of New York Mellon Trust Company,
*National Association as Grantor Trustee of the*
Protium Master Grantor Trust,
Respondent(s)/Defendant(s)

------------------------------------------------

The Bank of New York Mellon Trust Company,
National Association as Grantor Trustee of the
Protium Master Grantor Trust
Fictitious Plaintiff,

COMMON LAW JURISDICTION
UCC 1-103, FSS, 2.01.

Vs.

Lilieth D. Agard Smith©®TM and Oswald Smith©®TM
(Fictitious Defendants/Trusts/Estates/Corporations/
Private property of Lilieth D.: Agard Smith-Bey and Oswald: Smith-Bey/"exempt foreign persons"/Company)

Lilieth D. Agard Smith-Bey and Oswald Smith-Bey
(Non-corporate entities, tertius interveniens/
Administrators for Lilieth D. Agard Smith and Oswald Smith/
Third Party of Interest/Real Party in Interest/Injured
Party/Creditor/Beneficiary/"exempt foreign persons"/General Executor and Executrix.)
______________________________________________/

## EMERGENCY NOTICE OF REMOVAL.

**NOTICE IS HEREBY GIVEN** by the defendants, **Lilieth D. Agard Smith**, and **Oswald Smith**, that this matter is to be adjudicated in the proper venue and jurisdiction, which is the Xi Anu Nation Supreme Tribal Court, because defendants are a "exempt foreign person(s)" noncitizen Autochthon American nationals of mission diplomatic status of the Sovereign, Tribal Nation of Creek Ani'Yun'-Wiya. The ends of justice will be better served if this matter is heard in the proper venue and jurisdiction, in order to promote fairness of the proceedings.

**AND TAKE FURTHER NOTICE THAT** the matter is to be heard in The Xi Anu Nation Supreme Tribal Court located at 852 River Avenue, Providence, [Rhode Island] United States of America Republic, Indian Country 18 USC 1151.

**AND TAKE FURTHER NOTICE THAT** Emergency Notice of Removal has been filed with this court; and the U.S. District Court - Southern District of Florida: Fort Lauderdale Division; and the Xi Anu Nation Supreme Tribal Court.

**AND TAKE FURTHER NOTICE THAT** any questions or concerns you may have regarding the Xi Anu Nation Supreme Tribal Court or the status of the said defendant, please contact **Chief U.: Balun Bey**, Jus Sanguin Ameriquen Aborigine Law & Justice Center, 1426 Simpson Road, # 232, Kissimmee, Florida. Email: jsaljc@protonmail.com. Phone: (401) 484-8145.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Emergency Notice of Removal has been furnished by US Mail to: Attorney for the Bank of New York Mellon Trust Company, et al., **Robertson, Anschutz, & Schneid**, 6409 Congress Avenue, Boca Raton, FL 33487; and the Clerk of Courts for the 17th Judicial Circuit, Brenda D. Forman, - Circuit Civil Department, BROWARD COUNTY, Central Courthouse, 201 SE 6th Street, FL 33301, on this ___day of March, 2017.

Respectfully Submitted,

By: Lilieth Deloris Agard Smith

Lilieth D.: Agard Smith bey
An Internationalis Persona in Sui Juris
(non-corporate entity, tertius interveniens)
CREEK ANI'YUN'-WIYA TRIBAL NATION
Administrator for LILIETH D. AGARD SMITH
C/o 421 Evanston Circle
Fort Lauderdale, Florida Republic [Zip Exempt]
Indian Country, America 18 USC 1151
Non-domestic, non-resident